IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Tibbs, Michael J

Printed:  4/22/08

Case Number:  07 B 21258
Judge:  Goldgar, A. Benjamin
Filed:  11/13/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion:  March 26, 2008
Confirmed:  January 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,120.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,999.69 |
| Trustee Fee: |  | 120.31 |
| Other Funds: |  | 0.00 |
| Totals: | 2,120.00 | 2,120.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,956.00 | 1,999.69 |
| 2. | Illinois/Service Federal Savin | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Illinois/Service Federal Savin | Secured | 3,723.00 | 0.00 |
| 5. | Corporate America Family CU | Unsecured | 5,810.21 | 0.00 |
| 6. | Illinois Central Cicero CU | Unsecured |  | No Claim Filed |
| 7. | Harris & Harris | Unsecured |  | No Claim Filed |
| 8. | Illinois Central Railroad | Unsecured |  | No Claim Filed |
| 9. | West Asset Management | Unsecured |  | No Claim Filed |
|  |  |  | $ 12,489.21 | $ 1,999.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.86 |
| 6.5% | 34.45 |
|  | $ 120.31 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Tibbs, Michael J

Printed:  4/22/08

Case Number:  07 B 21258

Judge:  Goldgar, A. Benjamin

Filed:  11/13/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

